

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.738,9358
Fax:  212.444.1030
sara@lipskylowe.com

www.lipskylowe.com

May 28, 2021

<u>VIA ECF</u>
The Honorable Peggy Kuo, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Rosales v. Brooklyn Wing House Corp. and David Spenc,
              1:20-cv-5865 (LDH)(PK)</u>

Dear Magistrate Judge Kuo:

      This law firm represents Plaintiff. We submit this joint status report, pursuant to the Court's December 4, 2020 Order, regarding the progress of settling this matter.

      On May 25, 2021, in accordance with the Order, the parties met and conferred in a good-faith effort to settle this matter, but were unable to reach an agreement. The parties, therefore, respectfully request a referral to the EDNY's mediation program and propose completing mediation by August 20, 2021.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,
      LIPSKY LOWE LLP


      <u>s/ Sara J. Isaacson</u>
      Sara J. Isaacson

cc:    Maryam N. Hadden (via ECF)